**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JOE THORNBLAD,                                          Civil No.  05-1753 (RHK/SRN)

        Petitioner,                                            **ORDER**

v.

Commissioner of Human Services
KEVIN GOODNO,

        Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of

United States Magistrate Judge Susan Richard Nelson dated August 22, 2005.  No objections have

been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records

and proceedings herein,

      **IT IS HEREBY ORDERED** that:

    1.  The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

    2.  Petitioner's application to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

    3.  This action is summarily **DISMISSED** pursuant to Rule 4 of The Rules Governing Section

2254 Cases.

Dated: September 13, 2005

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge